# EXHIBIT B

# SEMA Tradeshow Complaint Form

5

## Addendum A – IP Complaint Form

PLEASE NOTE THAT IF YOUR COMPLAINT IS ACCEPTED, YOUR NAME AND THE CONTENTS OF THIS COMPLAINT FORM WILL BE DISCLOSED TO THE SUBJECT RESPONDENT EXHIBITOR.

1. Please print in ink or type the following information.
   A. Complaining exhibitor information – YOUR information
      Name: OMIX-ADA
      Booth number: 30171
      Address: 460 HORIZON DR. SUWANEE, GA 30024
      Phone number: (770) 614-6101
      Email address: AEBOLI@OMIX-ADA.COM
      Website: www.OMIX-ADA.com
   B. Respondent exhibitor information – information on exhibitor against whom this Complaint is being filed
      Name: RAZER AUTO INC.
      Booth number: 31271
      Address: UPLAND, CA
      Phone number: (909) 923-9988
      Email address: INFO@RAZERAUTO.COM
      Website: www.RAZERAUTO.com

2. Provide a statement of what you consider to be the essential facts involved in this Complaint

   Note: This should be a summary of the most important facts that the complaining exhibitor believes support the Complaint. This factual statement must include a clear explanation of the alleged violation of the SEMA Intellectual Property Policy. If the space below is not sufficient, please attach additional pages.

   RAZOR AUTO IS DISPLAYING A VEHICLE FENDER FLARE PRODUCT THAT INFRINGES AN OMIX-ADA PATENT (D712,324)

6

3. List all steps, if any, you have taken to resolve the issue with the respondent Exhibitor prior to the submission of this Complaint.

   NONE

4. To the best of your knowledge, are there any other consumer complaints, regulatory complaints or court actions that have been filed by you or anyone else that relate to the same or similar allegations contained in this Complaint? If so, identify such complaints or other actions below.

   *Note: You are under a continuing obligation to advise SEMA of any additional complaints or court actions that may be filed subsequent to the time you submit this Complaint or which were previously filed but that you did not have knowledge of at the time this Complaint was submitted.*

   NO

5. List and attach all documents which you believe to be relevant to the matters asserted in this Complaint.

   *Note: All documents must be listed by type (for example, registrations, marketing materials, contracts, etc.). All documents listed in this section must be submitted to SEMA concurrent with complaining exhibitor's submission of this Complaint.*

   ATTACHED

Signature of Complaining Exhibitor: _____
Printed Name: ALAIN EBOLI
Date: 11/02/2015



US00D712324S

(12) **United States Design Patent**    (10) Patent No.:    **US D712,324 S**
McFarlin et al.                                    (45) Date of Patent:    ** **Sep. 2, 2014**

(54) **VEHICLE FENDER FLARES**

(71) Applicant: **Omix-Ada, Inc.**, Suwanee, GA (US)

(72) Inventors: **Reid McFarlin**, Suwanee, GA (US);
**Patrick Bennett**, Gainesville, GA (US);
**Henk Van Dongen**, Monroe, GA (US)

(73) Assignee: **Omix-Ada, Inc.**, Suwanee, GA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/462,701**

(22) Filed: **Aug. 7, 2013**

(51) LOC (10) Cl. ............................................. 12-08
(52) U.S. Cl.
USPC ................................................. D12/181
(58) Field of Classification Search
USPC ............... D12/181, 191, 196, 400, 190, 88;
280/727, 770, 848; 296/180.1–180.5,
296/91; 180/903
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D336,885 S  *  6/1993  Hart et al. ................ D12/203
D395,269 S  *  6/1998  McCauley, Jr. ........... D12/203
D582,825 S  *  12/2008 Logan ...................... D12/196
D623,103 S  *  9/2010  Braga ...................... D12/181
D644,581 S  *  9/2011  Beigel et al. .............. D12/181
D644,972 S  *  9/2011  Beigel et al. .............. D12/181

* cited by examiner

*Primary Examiner* — Katrina A Betton
(74) *Attorney, Agent, or Firm* — Womble Carlyle Sandridge & Rice LLP

(57) **CLAIM**

The ornamental design for vehicle fender flares, as shown and described.

**DESCRIPTION**

FIG. 1 is a front top perspective view of a vehicle fender flare for the right side of a vehicle showing our new design.
FIG. 2 is a rear bottom perspective view thereof.
FIG. 3 is a right side elevational view thereof.
FIG. 4 is a left side elevational view thereof.
FIG. 5 is a front elevational view thereof.
FIG. 6 is a rear elevational view thereof.
FIG. 7 is a top elevational view thereof; and,
FIG. 8 is a bottom elevational view thereof.
For each view of the vechicle fender flare for the right side of a vehicle, a vehicle fender flare for the left side of a vehicle is a mirror image thereof and the mirror images are claimed.

**1 Claim, 7 Drawing Sheets**




**U.S. Patent**     Sep. 2, 2014     Sheet 1 of 7     **US D712,324 S**



FIG. 1



FIG. 2



FIG. 3

**U.S. Patent**    Sep. 2, 2014    Sheet 4 of 7    **US D712,324 S**



FIG. 4