# EXHIBIT C

# Defendant Omix's Cease and Desist Letter



**WOMBLE CARLYLE SANDRIDGE & RICE**
A LIMITED LIABILITY PARTNERSHIP

271 17th Street, NW
Suite 2400
Atlanta, GA 30363-1017

Telephone: (404) 872-7000
Fax: (404) 888-7490
www.wcsr.com

Bradley P. Cardon
Direct Dial: (404) 888-7405
Direct Fax: (404) 870-8236
E-mail:bcardon@wcsr.com

February 4, 2016

**_VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED_**

Samuel Chi, President
Razer Auto, Inc.
1951 S. Parco Ave., Suite B
Ontario, CA  91761

Re:     Our Client:  Omix-ADA, Inc.
        U.S. Design Patent No. D712,324

Dear Sir:

This firm represents Omix-ADA, Inc. (OMIX) in intellectual property matters.

At least as early as 2013, OMIX developed and introduced a new, original, and ornamental design for fender flares for vehicles that provide an aggressive off-road look with additional tire coverage and clearance.  OMIX owns United States Design Patent No. US D712,324 (the '324 Patent) that issued on September 2, 2014, and which protects the design of its fender flares.  A copy of the '324 Patent is included as Attachment A.  The '324 Patent gives OMIX the right to prevent others from making, using, importing, and/or selling fender flares that fall within the scope of the design patent.

At the November 2015 SEMA Show in Las Vegas, NV, OMIX employees noted that your company, Razer Auto, Inc. (Razer), had an exhibition booth in which vehicle fender flares virtually identical to those of OMIX were on display both separately and mounted to a vehicle. A subsequent search of your company's website revealed that Razer was actively offering for sale five different models (RZCMFF-3000/3001/3002/3003/3004) of the same fender flare design, with variations between the product models based only on color or surface finish.  We have reviewed these fender flare products and determined that they fall within the scope of the '324 Patent.  Thus, Razer's marketing of its fender flares constitutes infringement of the '324 Patent.

OMIX notified the staff attorney at SEMA of Razer's exhibition of the infringing fender flares and provided a copy of the '324 Patent.  The SEMA attorney then conveyed this information to Razer personnel with the request to stop displaying the fender flares.  Upon receipt of the request the separate display of infringing fender flares was removed from the exhibition booth, but the fender flares mounted to the display vehicle were not.  Furthermore, despite actual notice of OMIX's design patent at the SEMA show, Razer has since continued to make, use, import, sell, or offer for sale the infringing fender flare products on its website and on Amazon.com, and upon information and belief, continued to provide the infringing fender flare

WCSR 35566512v1



WOMBLE
CARLYLE
SANDRIDGE
& RICE
LLP

Samuel Chi, President
February 4, 2016
Page 2

products to distributors to sell on their respective websites and on Amazon.com. This continued infringement of OMIX's proprietary fender flare design creates confusion in consumers and OMIX customers that is difficult to quantify and expensive to reverse.

Remedies afforded to an owner of a U.S. patent that is infringed can include the owner's lost profits, an infringer's profits, and/or an injunction against further sales and infringing uses. Under appropriate circumstances, such as willful infringement, a Court will treble a damage award and order an infringer to pay attorneys' fees. As the '324 Patent issued on September 2, 2014, a court can award damages for infringing actions occurring since this date.

OMIX cannot tolerate infringement of its patents. Accordingly, we demand immediate cessation by Razer and its agents and affiliates of the manufacture, use, sale, offer for sale and/or importation into the United States of any fender flare that falls within the scope of the '324 Patent. We also demand that Razer destroy all existing inventory of the same. We further demand that Razer provide information regarding the numbers of its fender flare products that have been made, used, and/or sold since the '324 Patent issued, and to whom they were sold, so that we may determine the amount of money damages suffered by OMIX as a result of Razer's infringing activities.

We expect a response to this letter, or a reasonable request for further time, from Razer within fourteen (14) days of its receipt. Although we hope that this matter can be resolved between the companies on an amicable business basis, absent such a response OMIX will assume that Razer intends to continue its infringing activity and will proceed with further action to protect its valuable patent rights.

Very truly yours,

WOMBLE CARLYLE SANDRIDGE & RICE
*A Professional Limited Liability Company*

Bradley P. Cardon

BPC/ajc
Enclosures

WCSR 35566512v1