JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA,

### SOUTHERN DIVISION

| | |
|---|---|
| RAZER AUTO, INC. | Case No. ED CV16-00300 AG (SPx) |
| Plaintiff | |
| v. | [PROPOSED] FINAL CONSENT |
| OMIX-ADA, INC., | JUDGMENT AND ENTRY OF |
| Defendant/Counterclaimant. | PERMANENT INJUNCTION |
| | |
| OMIX-ADA, INC., | |
| Counterclaimant, | |
| v. | |
| RAZER AUTO, INC., | |
| Counter-Defendant, | |

NOW ON THIS day the above-captioned cause comes before the Court. The Court, after being fully advised in the premises and after reviewing the court file, finds and orders as follows:

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

[PROPOSED] FINAL CONSENT JUDGMENT AND ENTRY OF PERMANENT INJUNCTION

1    Plaintiff / Counter-Defendant Razer Auto, Inc. ("Razer"), and Omix-ADA,

2   Inc. ("Omix"), Defendant / Counterclaimant, pursuant to a Settlement Agreement

3   have agreed and consented to the entry of this Final Consent Judgment and Entry of

4   Permanent Injunction with regard to Omix's claims of patent infringement of U.S.

5   Patent No. D712,324 (the '324 Patent) in this action.

6    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Razer's

7   "Stubby" Fender Flares infringe the asserted claim of the '324 Patent.

8    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Razer, its

9   officers, directors, employees and agents, successors or assigns and any company

10   controlled by Razer or otherwise acting in concert with it shall not after April 30,

11   2016, manufacture, use, sell, offer for sale, and/or import into the United States the

12   "Stubby" Fender Flares.

13    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Razer

14   shall destroy within thirty days of the entry of this Order all "Stubby" Fender Flares

15   in its possession (which Razer has represented to the Court to total 335).

16    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Omix

17   shall have judgment against Razer in the amount of $144,000, which Razer may pay

18   on the following terms - $15,000 on or before May 1, 2016, $15,000, on or before

19   June 1, 2016, and $9,500 per month on or before the first of the next 12 consecutive

20   months beginning on July 1, 2016.  If any amount shall not be paid when due, Razer

21   hereby consents to issuance of a writ of execution for the full remaining balance

22   plus interest ~~at the rate of 8% per annum~~ from the date of this Order on that balance.

23    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this

24   matter shall be administratively closed after the entry of this Order, but the Court

25   shall retain jurisdiction and venue over Omix and Razer solely with respect to

26   enforcement of this Order and the Settlement Agreement between the parties and

27   any disputes or controversies that may arise with regard thereto, which shall be

28   exclusively brought before this Court for resolution thereof.  Without limiting the

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

1    generality of the foregoing, either party shall bring any action to enforce or construe

2    any provision of this Order or the Settlement Agreement solely by reopening this

3    matter in this Court.

4         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the terms

5    of this Order and the terms of the Settlement Agreement are binding on the parties

6    in any future action and the parties are foreclosed, in any such future action, from

7    litigating any of such terms.

8         NOW THEREFORE, this Court enters FINAL JUDGMENT for Defendant /

9    Counterclaimant Omix and against Plaintiff / Counter-Defendant Razer on

10    Plaintiff's Complaint and Omix's Counterclaim, with each party to bear its own

11    costs.

12

13

14    **IT IS SO ORDERED**:

15

16    DATED: ~~April~~ May 2, 2016

17                   United States District Judge

18

19

20

21

22    Jointly Submitted and Consented to:

23

24    /s/ *Eric Kelly*                  /s/*Kirk W. Watkins*

25    Eric Kelly, Esq.                   Kirk W. Watkins

26    Attorney for Plaintiff and         Attorney for Defendant and

27    Counter-Defendant               Counterclaimant

   4842-7974-8912.1

28

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

~~[PROPOSED]~~ FINAL CONSENT JUDGMENT AND ENTRY OF PERMANENT INJUNCTION